**FILED**

MAR 2 7 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

JAMES FORSTER,

     Plaintiff,

  v.

RADIOSHACK CORPORATION and
DOES 1 THROUGH 50,

     Defendants.

NO. CIV. S-01-1473 WBS PAN

ORDER

----ooOoo----

     Valentina Doss moves to be relieved as counsel of record for plaintiff James Forster. The matter came on for hearing in camera on March 25, 2002. For the reasons stated at the hearing, this motion is DENIED without prejudice.

     IT IS SO ORDERED.

DATED: March 25, 2002

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

20

```
            United States District Court
                       for the
               Eastern District of California
                    March 27, 2002
```

* * CERTIFICATE OF SERVICE * *

2:01-cv-01473

Forster

   v.

Radioshack

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  March 27, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
      Valentina Doss                        SH/WBS
      Doss and Terrill
      2880 Sunrise Boulevard
      Suite 200
      Rancho Cordova, CA   95742

      Jayson Tory Javitz
      Jackson Lewis Schnitzler and Krupman
      1215 K Street
      Suite 1800
      Sacramento, CA   95814
```

                                                                 Jack L. Wagner, Clerk

                                           BY: _L. Mina-Sanchez_
                                                Deputy Clerk